**William HEHL, Appellant,**

v.

**UNITED STATES of America,**
Appellee.

No. 15711.

United States Court of Appeals
District of Columbia Circuit.

Argued Sept. 16, 1960.

Decided Oct. 6, 1960.

Petition for Rehearing Denied
Nov. 30, 1960.

Mr. James C. Toomey, Washington, D. C., for appellant.

Mr. John Jude O'Donnell, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S. Atty., and Mr. Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and WILBUR K. MILLER and BAZELON, Circuit Judges.

PER CURIAM.

The District Court, sitting without a jury, found the appellant guilty of sodomy.[1] Motions for acquittal and for a new trial were denied, and the appellant was sentenced to a term of six months to three years. On this appeal he makes several claims as to the sufficiency of the evidence presented by the Government. We have examined both the record and the briefs and find no error affecting substantial rights of the accused.

Affirmed.

---

1. 62 Stat. 347 (1948), D.C.Code § 22-3502 (1951).